IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELBOW RIVER MARKETING LIMITED PARTNERSHIP<br><br>Plaintiff,<br><br>V<br><br>CLEAN FUEL LAKELAND, LLC and LEE J. MAHER<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL CASE NO: 10-CV-00628-JSM-AEP<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF LARRY LONG IN SUPPORT OF RESPONSE TO PLAINTIFF ELBOW RIVER'S MOTION FOR SUMMARY JUDGMENT

1. My name is Larry Long. I submit this Declaration in support of the Reply in Opposition to the Motion for Summary Judgment filed by the ELBOW RIVER MARKETING L.P. in the above captioned lawsuit.

2. I am over 18 years of age, and my current business address is 1 Joshua's Place, Simpsonville, SC 29681. I am fully competent to make this affidavit. I have personal knowledge of the facts stated, and they are all true and correct.

3. At all relevant times, I was the President of Clean Fuel Lakeland, LLC ("Clean Fuel"). I was the person with the responsibility for negotiating Clean Fuel's purchase of the facility from World Energy Alternatives, LLC identified in paragraph 5 of the Declaration of Gene Gebolys. In particular, I was responsible for negotiating the Asset Purchase Agreement included in relevant parts as Exhibit 1 of the Declaration of Gene Gebolys.

4. Before the Asset Purchase Agreement was signed, Michael Laznik of World Energy Alternatives, LLC represented to me that the facility was in regulatory compliance and

was capable of producing 15-20 million gallons of bio-diesel annually. He further represented that the facility was not operating because of the high price of feedstock. In fact, the facility had safety and clean air violations with OSHA and EPA that precluded the facility from operating.

5. While the Asset Purchase Agreement was being negotiated, and up and until the time of closing on the Asset Purchase Agreement, Clean Fuel was denied access to inspect the facility in spite of promises that an inspection would be allowed. As the closing date approached, the inspection was cancelled by the Plaintiff's predecessor in interest because the mental stress and potential attrition of employees if they knew the company was for sale. Plaintiff's predecessor in interest claimed that they had had an aborted sale previously and it was very bad for morale.

6. I was not allowed to conduct a due diligence review of the facility on either the weekend of March 14-15, 2009 or on the April 15, 2009 date of closing. The only pre-closing access to the facility by Clean Fuel agents of which I have knowledge was a two-hour walk through conducted by Mitch Bishop on the weekend of March 14-15, 2009 and a one-hour walk through that I conducted as part of an earlier attempt to purchase the facility in 2008. The review of the facility that was supposed to take place on the closing date of April 15, 2009 was cancelled by Gene Gebolys.

7. On April 20, 2009, less than a week after closing on the Asset Purchase Agreement, I sent the letter attached hereto as Exhibit A to Gene Gebolys and others at Clean Fuel outlining the problems with facility.

8. After taking possession of the plant, it was discovered that significant assets that were supposed to be transferred under the Asset Purchase Agreement were not at the facility.

2

Attached hereto as Exhibit B is Schedule 1.1 of the Asset Purchase Agreement that has been annotated to show what items were missing.

I hereby solemnly affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 26th day of October, 2010.

_____
Larry Long

U:\Client case files\2263 Maher Clean Fuel\100040 Elbow River\pleadings\Declaration of Larry Long.doc



*Making better fuels for a changing world...*

1248 George Jenkins Blvd, #J4
Lakeland, FL 33815
t: 863.686.2188   f: 863.683.1058

April 20, 2009

Mr. Gene Gebolys
World Energy Alternatives, LLC
2 Constitution Center
Charlestown, MA 02129

Dear Gene:

Pursuant to our 100% asset purchase agreement of $7.975 million for the Purada Processing location on 1248 George Jenkins Blvd, Lakeland, FL 33815 we have experienced a plethora of fraudulent actions, safety and Clean air violations with OSHA and EPA implications that were not allowed for in the purchase agreement signed and funds transferred on April 15, 2009.

I will list the issues, the actual or estimated cost to remedy and a request for a price adjustment in our first payment of $3,250 million on December 31, 2009. As you remember, we requested a simple walk through due diligence period with me and our Director of Operations. You denied this request the week prior to the acquisitions under the guise that it would cause morale and performance issues if the purchase were not consummated on April 15, 2009. We have now come the conclusion that your behavior was motivated by the desire to "cover up" the claims and costs listed below.

### CLAIMS FOR PRICE ADJUSTMENT

| Value ($000) | Explanation Issues |
|---|---|
| 311.0 | Shipment of 5 railcars of refined glycerin to DOW on April 16, 2009 after the acquisition |
| 49.0 | Shipment of 1 railcar of yellow grease to US Biofuels on April 16, 2009 after the acquisition |
| 150.0 | Two biodiesel centrifuges (Replacement Costs) |
| 25.0 | Glycerin centrifuge replacement |
| 50.0 | OSHA mandated insulation for Safety |
| 80.0 | Defective or cannibalized pumps in biodiesel area transferred to glycerin production |
| 96.0 | Steel pipe to replace hoses on floor. (OSHA violation) |
| 10.0 | Salt system in glycerin production. (Clean Air violation) |
| 40.0 | Vapor Recovery System for glycerin. (Clean Air) |
| 70.0 | Painting and refurbishment of structure to slow deterioration. |
| 943.0 | Containment walls and systems for entire property. (Safety & Spill Issues) |
| 65.0 | Paratherm, boiler repairs (safety). |
| 25.0 | Heat exchanger leaks, repair and replacement. |
| 35.0 | Chiller system upgrades and replacement. |
| 450.0 | Safety containment in rail area for loading and unloading railcars. |
| 30.0 | Replace leaking sulfuric acid tank |

**EXHIBIT A**


Page 2

| | |
|---|---|
| 100.0 | Defective agitators in tanks |
| $2.529 | Million TOTAL |

We plan to pursue a remedy to these safety, clean air and fraudulent transfer of asset issues after the acquisition that has caused us in excess of $2.5 million in expense, not to mention the EPA and OSHA risks.

We look forward to an amicable resolution of these claims if at all possible.

Respectfully,

Larry K. Long
President

cc: Lee Maher
    Leigh Williams, Stump Dietrich

## SCHEDULE 1.1
## ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| HE4009 | Feb-07 | SISCO | Control Valve for HE1209 | Critical Spares |
| HE1201 | Feb-04 | | Reactor Feed Heater | Heat Exchangers |
| HE1202 | Feb-04 | | Stage I Methanol Evaporator | Heat Exchangers |
| HE1203 | Feb-04 | | Distillation Column Condensor | Heat Exchangers |
| HE1204 | Feb-04 | | Distillation Column Reboiler | Heat Exchangers |
| HE1205 | Feb-04 | | Wash Water Inline Heater | Heat Exchangers |
| HE1207 | Feb-04 | | Process Water Heater to T1232 | Heat Exchangers |
| HE1208 | Feb-04 | | Bath Tank Oil Cooler | Heat Exchangers |
| HE1209 | Feb-04 | | Stage II Methanol Evaporator Heater | Heat Exchangers |
| HE1210 | Feb-04 | | Process Water Preheater | Heat Exchangers |
| HE1211 | Feb-04 | | Recovered Methanol Cooler | Heat Exchangers |
| HE1212 | Feb-04 | | Recovered Methanol Condensor | Heat Exchangers |
| HE1214 | Feb-04 | | Secondary Thermal Fluid Heater | Heat Exchangers |
| HE1401 | Feb-04 | | Process Water Heater | Heat Exchangers |
| HE2105 | Feb-04 | | Glycerol Evaporator Heater | Heat Exchangers |
| HE2109 | Feb-04 | | Water Stipper Evaporator Heater | Heat Exchangers |
| HE2111 | Feb-04 | | Water Stipper Evaporator Heater | Heat Exchangers |
| HE2106 | Feb-04 | | Stage I Condensor | Heat Exchangers |
| HE2107 | Feb-04 | | Stage II Condensor | Heat Exchangers |
| HE2108 | Feb-04 | | Stage II Vacuum System water Condensor | Heat Exchangers |
| HE1202A | Feb-04 | | HE1202A-Refurbish | Heat Exchangers |
| HE1215A | Feb-04 | | HE1215A Refurbish | Heat Exchangers |
| HE1412A | Feb-04 | | HE1412A Refurbish | Heat Exchangers |
| HE2105A | Feb-04 | | HE2105A Refurbish | Heat Exchangers |
| HE2111A | Feb-04 | | HE2111A Refurbish | Heat Exchangers |
| HE2109A | May-04 | | Retube | Heat Exchangers |
| HE1214A | Jun-04 | | HE1214A Retube | Heat Exchangers |
| HE4001 | Jul-04 | | Heat Exchanger | Heat Exchangers |
| HE4000 | Sep-04 | | Circulation Heater | Heat Exchangers |
| HE4002 | Jan-06 | Florida Heat | Heat Exchanger | Heat Exchangers |
| HE4003 | Feb-06 | Perry Products | Heat Exchanger | Heat Exchangers |
| HE4004 | Jul-06 | H&M Boiler Service | Labor to Retube Heat Exchanger | Heat Exchangers |
| HE4005 | Jul-06 | Florida Heat | Heat Exchanger | Heat Exchangers |
| HE4006 | Oct-06 | Florida Heat | Heat Exchanger | Heat Exchangers |
| HE4007 | Nov-06 | Florida Heat | Heat Exchanger - invoice date 10/06 as Crit. Spares | Heat Exchangers |
| HE4008 | Feb-07 | Florida Heat | Heat Exchanger | Heat Exchangers |
| AC1001 | Jan-04 | | Plant Air Compressor | ME Equipment |
| CE1401 | Jan-04 | | Cooking Oil Caustic Wash Centrifuge | ME Equipment |
| CE1402 | Jan-04 | | Wash Water Centrifuge | ME Equipment |
| C1202 | Jan-04 | | Ester Fuel Coalescer | ME Equipment |
| C1203 | Jan-04 | | Esters Coalescer | ME Equipment |
| B1301 | Jan-04 | | Heater Blower | ME Equipment |
| B1302 | Jan-04 | | Heater Blower | ME Equipment |
| CW3101 | Jan-04 | | Glyco Water Chiller | ME Equipment |
| HT3101 | Jan-04 | | Thermal Liquid Heater #1 | ME Equipment |
| HT3102 | Jan-04 | | Thermal Liquid Heater #2 | ME Equipment |
| H1301 | Jan-04 | | Esters Bulk Bag Hoist | ME Equipment |
| CT3101 | Jan-04 | | Cooling Tower | ME Equipment |
| PC1201 | Jan-04 | | Esters Wash Column | ME Equipment |

*missing* (annotation next to HE4009, HE1201)

Asset List Page 1 of 9

ERM 000142

EXHIBIT B

## SCHEDULE 1.1
## ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| AC1000 | Feb-04 | | New Air compressor | ME Equipment |
| HT1001 | Feb-04 | | HotOil Filter System | ME Equipment |
| HT1002 | Feb-04 | | Hot Oil | ME Equipment |
| M4000 | Feb-04 | | New Static Mixer | ME Equipment |
| SP1000 | Mar-04 | | Piping to 2nd evaporator facility | ME Equipment |
| CW3102 | Apr-04 | | Fuel production cooling & filtering system | ME Equipment |
| FM1001 | Jun-04 | | Bio Flow Meter | ME Equipment |
| FM1000 | Aug-04 | | Bio Flow Meter | ME Equipment |
| ~~AC1002~~ | ~~Oct-04~~ | | ~~Plant Air Compressor~~ | ~~ME Equipment~~ |
| ME1000 | Jun-05 | Kimre | Mist Eliminator | ME Equipment |
| ME1002 | Aug-05 | Flow Components | Supplies for CapEx Project P-016 | ME Equipment |
| ME1003 | Sep-05 | Sulzer Chemtech | Trays for Distillation Column | ME Equipment |
| ME1004 | Nov-05 | Avanti Company | Meter for Truck Loading | ME Equipment |
| ME1005 | Nov-05 | Alfa Laval | Plate Heat Exchangers | ME Equipment |
| ME1006 | Jan-06 | Solares | Evaporator Valve | ME Equipment |
| ME1007 | Apr-06 | Rexel | Motor Starter for High Shear Reactor | ME Equipment |
| ME1008 | Jun-06 | Alfa Laval | Florida Heat Transfer - Economizer Train | ME Equipment |
| ME1009 | Jun-06 | Rexel | Frequency Drive for new motor | ME Equipment |
| ME1010 | Jul-06 | Vibra-Cent | Repair of Centrifuge & Gear Box Overhaul | ME Equipment |
| ME1011 | Aug-06 | Chem. Containers | Oxidative Mixer & Mixer Bridge | ME Equipment |
| ME1012 | Aug-06 | Chem. Containers | Oxidative Tank & Mixer Shaft | ME Equipment |
| ME1014 | Oct-05 | Oil Trades Supply | Bag Filter Housing | ME Equipment |
| ME1017 | Oct-05 | Rexel Consolidated | Starter for ME truck loading - P-002.1 | ME Equipment |
| ME1023 | Oct-05 | Florida Handling Systems | electric crane for hoist system - F-071 | ME Equipment |
| ME1027 | Dec-05 | M & R Technologies | P-016 | ME Equipment |
| ME1028 | Dec-05 | Solares | F-066 | ME Equipment |
| ME1029 | Dec-05 | Hudson Pump | P-006 | ME Equipment |
| ME1030 | Dec-05 | Classic Controls | F-066 | ME Equipment |
| ME1031 | Jan-06 | Hudson Pump | Standard Bore Seal Chamber - P-006 | ME Equipment |
| ME1032 | Feb-06 | Insultech Group | Insulation on piping and valves - F-008 | ME Equipment |
| ME1035 | Oct-05 | Invensys | Electro-Pneumatic Positioner for Control Valve - #50-043684 | ME Equipment |
| ME1036 | Oct-05 | Invensys | Electro-Pneumatic Positioner for Control Valve - #50-043685 | ME Equipment |
| ME1037 | Oct-05 | Invensys | Electro-Pneumatic Positioner for Control Valve - #50-043686 | ME Equipment |
| ME1038 | Sep-06 | McMaster-Carr | Air Powered Pump | ME Equipment |
| ME1039 | Oct-06 | Flanders Electric Motor | Reliance 40HP Motor & Motor Base | ME Equipment |
| ME1040 | Oct-06 | Oil Trades Supply | Strainer for Dryer System | ME Equipment |
| ME1041 | Oct-06 | Rexel | Varidrive | ME Equipment |
| ME1042 | Oct-06 | Davis Inotek | Portable Flowmeter & Clamp | ME Equipment |
| ME1043 | Oct-06 | GE Infrastructure | High Temperature Flow Transducers | ME Equipment |
| ME1044 | Dec-06 | Invensys | Flowmeter - serial #6490762 | ME Equipment |
| ME1045 | Jan-07 | Hach Company | Auto Sampler | ME Equipment |
| ME1046 | Feb-07 | Hudson Pump | Seal Repair Kit | ME Equipment |
| ME1047 | Feb-07 | Koch-Glitsch | Demister - mist eliminator | ME Equipment |
| ME1048 | Jun-07 | Invensys | 2 Flowmeters - S/N's: 723003, 723004 | ME Equipment |
| ME1049 | Jun-07 | Invensys | 2 Flowmeters - S/N's: 7230477, 7230478 | ME Equipment |
| ME1052 | Aug-07 | Northern Tool & Equipment | 24 HP, 5000 PSI Pressure Washer | ME Equipment |
| ME1053 | Sep-07 | Krohne | Optiflex Radar Level Meter - Item #P01010065406 | ME Equipment |

Handwritten annotations: "missing" next to HT1001/HT1002, and "missing" next to ME1010.

Asset List Page 2 of 9

ERM 000143

SCHEDULE 1.1
ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| ME1054 | Sep-07 | Krohne | Optiflex Radar Level Meter - Item #P02010085407 | ME Equipment |
| ME1055 | Oct-07 | Hudson Pump | SX SK5282V-C18T Sharp Mixer Double Helical Nord Gearbox | ME Equipment |
| ME1056 | Dec-07 | Hudson Pump | RP N44-289 Repair Kit | ME Equipment |
| ME1057 | Dec-07 | Hudson Pump | PF KG6ACEKKZ - Repair Kit | ME Equipment |
| ME1058 | Dec-07 | Hudson Pump | PF KGA8CCEKKU - Repair Kit for GA8 | ME Equipment |
| ME1059 *(missing)* | Jan-08 | Hudson Pump | 0.75N12-14 Gearbox | ME Equipment |
| T4011 | Jul-07 | Lakeland Cold Storage | Tank #3 of 5 tank purchase | In Process |
| T4011 | Jul-07 | Lakeland Cold Storage | Tank #4 of 5 tank purchase | In Process |
| T4011 | Jul-07 | Lakeland Cold Storage | Tank #5 of 5 tank purchase | In Process |
| Misc | Feb-04 | | Instrumentation/Valves/Piping/Fittings | Glycerin Equipment |
| B2102 | Feb-04 | | Glycerol Condenser Fan | Glycerin Equipment |
| B2103 | Feb-04 | | Glycerol Condenser Fan | Glycerin Equipment |
| CE2101 *(missing)* | Feb-04 | | Salt Removal Centrifuge | Glycerin Equipment |
| B2101 | Feb-04 | | Glycerol High Vacuum Blower | Glycerin Equipment |
| Column1 | Feb-04 | | Carbon Columns | Glycerin Equipment |
| Column2 | Feb-04 | | Carbon Columns | Glycerin Equipment |
| Column3 | Feb-04 | | Carbon Columns | Glycerin Equipment |
| Column4 | Feb-04 | | Carbon Columns | Glycerin Equipment |
| F1001 | Aug-04 | | 10 bag Filter | Glycerin Equipment |
| F1000 | Sep-04 | | Bag Filter | Glycerin Equipment |
| G1000 | Jun-06 | Invensys | Temperature Transmitter on Glyc. Evap. Temp. Control | Glycerin Equipment |
| G1001 *(missing)* | Jul-06 | Hudson Pump | Gear Box for Glycerine Tank Agitator | Glycerin Equipment |
| G1002 | Aug-06 | Hudson Pump | Mixer | Glycerin Equipment |
| P2102 | Feb-04 | | Sump Pump | Pumps |
| P2106 | Feb-04 | | Glycerol Centrifuge Feed | Pumps |
| P2108 | Feb-04 | | HCl Metering Drum | Pumps |
| P2110 | Feb-04 | | Vacuum Pump | Pumps |
| P2111 | Feb-04 | | Glycerol Filter Feed | Pumps |
| P2113 | Feb-04 | | Glycerol Export | Pumps |
| P2114 | Feb-04 | | Thermal Fluid Secondary Heat System | Pumps |
| P2115 | Feb-04 | | Stage II Condensed Water Extraction | Pumps |
| P2116 | Feb-04 | | Caustic Drum | Pumps |
| P2117 | Feb-04 | | Water Stipper Evaporator Feed | Pumps |
| P2118 | Feb-04 | | Water Stipper Recirculator Feed | Pumps |
| P2119 | Feb-04 | | Glycerol Sample PH Extraction | Pumps |
| P1201 | Feb-04 | | A Stage Reactor Feed | Pumps |
| P1202 | Feb-04 | | Stage I Methanol Evaporator Feed | Pumps |
| P1203 | Feb-04 | | Wash Water Transfer | Pumps |
| P1204 *(missing)* | Feb-04 | | Glycerol Transfer | Pumps |
| P1205 *(missing)* | Feb-04 | | Stage I Methanol Evaporator Recirculating | Pumps |
| P1206 *(missing)* | Feb-04 | | Distillation Condenser Recirculating | Pumps |
| P1207 | Feb-04 | | Fatty Acid Salt Removal Settler #1 Feed | Pumps |
| P1208 | Feb-04 | | Batch Tank Feed | Pumps |
| P1209 | Feb-04 | | Esters Drying Feed | Pumps |
| P1210 | Feb-04 | | Fatty Acid Coalescer Feed | Pumps |
| P1211 | Feb-04 | | Settler Feed | Pumps |
| P1213 | Feb-04 | | Stage II Methanol Evaporator Recirculating | Pumps |
| P1214 | Feb-04 | | Stage II Methanol Evaporator Feed | Pumps |

Asset List Page 3 of 9

## SCHEDULE 1.1
## ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| P1215 | Feb-04 | | Ester Fuel Wash Column Feed | Pumps |
| P1217 | Feb-04 | | Spillage Containment Transfer | Pumps |
| P1218 | Feb-04 | | Ester Fuel Transfer | Pumps |
| P1221 | Feb-04 | | Fatty Acid Settler #2 Feed | Pumps |
| P1223 | Feb-04 | | A Stage Esters Coalescer Feed | Pumps |
| P1224 | Feb-04 | | Esters to 1100 Tanks | Pumps |
| P1225 | Feb-04 | | Glycerol Recycle | Pumps |
| P1226 | Feb-04 | | Fatty Acid Settler Feed | Pumps |
| P1227 | Feb-04 | | Fatty Acid Secondary Settler Feed | Pumps |
| P1228 | Feb-04 | | Carbon Column Feed | Pumps |
| P1229 | Feb-04 | | Thermal Fluid Secondary Heat System | Pumps |
| P1301 | Feb-04 | | Anhydrous Methanol Off Loading | Pumps |
| P1302 | Feb-04 | | Methanol Feed | Pumps |
| P1304 | Feb-04 | | Alcohol Caustic Soda Transfer | Pumps |
| P1305 | Feb-04 | | Alcohol Caustic Feed | Pumps |
| P1306 | Feb-04 | | Area 1.3 Sump Pump | Pumps |
| P1308 | Feb-04 | | 30% HCL Acid Metering | Pumps |
| P1310 | Feb-04 | | 50% NAOH Metering | Pumps |
| P1311 | Feb-04 | | A Stage Sulfuric Acid Metering Pump to Reactor | Pumps |
| P1312 | Feb-04 | | 50% NAOH Metering | Pumps |
| P1317 | Feb-04 | | Sulfuric Acid Metering Pump to Fatty Acid Wash | Pumps |
| P1318 | Feb-04 | | 30% HCL Acid Metering to SM 1205 | Pumps |
| P1401 | Feb-04 | | Area 1.3 Sump Pump | Pumps |
| P1406 | Feb-04 | | Oil Dyer Feed | Pumps |
| P1407 | Feb-04 | | Spent Cooking Oil Feed | Pumps |
| P1409 | Feb-04 | | Fatty Acid Settler #2 Feed | Pumps |
| P1411 | Feb-04 | | Grease Trap Waste Water Transfer | Pumps |
| P3101 | Feb-04 | | Thermal Heating Fluid Circulation | Pumps |
| P3102 | Feb-04 | | Thermal Heating Fluid Circulation | Pumps |
| P3103 | Feb-04 | | Thermal Heating Fluid Circulation | Pumps |
| P3104 | Feb-04 | | Thermal Heating Fluid Circulation | Pumps |
| P3105 | Feb-04 | | Cooling Tower Circulation | Pumps |
| P3106 | Feb-04 | | Chilled Water Circulation | Pumps |
| P1212 | Feb-04 | | Oil/Esters Dyer Vacuum | Pumps |
| P1219 | Feb-04 | | Seal Water | Pumps |
| P4005 | Feb-04 | | Spare Oil pump | Pumps |
| P4006 | Feb-04 | | New Pump RP12ss1PTYDGHLW | Pumps |
| P4007 | Feb-04 | | New Pump RP18ss1PTYDGHHW | Pumps |
| P4000 | Mar-04 | | Pump added to 2nd evaporator facility | Pumps |
| P4009 | Apr-04 | | New Pump | Pumps |
| P4010 | Apr-04 | | GPPump 3196MTX | Pumps |
| P4002 | May-04 | | Circulator Heater 24000 watts 480 volt | Pumps |
| P4013 | Jun-04 | | GP Pump 31696TX | Pumps |
| P4014 | Jun-04 | | Pump | Pumps |
| P4015 | Jun-04 | | Pump | Pumps |
| P4001 | Jul-04 | | Pump | Pumps |
| P4011 | Jul-04 | | APD Pump | Pumps |
| P4012 | Jul-04 | | 7.5HP Pump H25EKNETTPC | Pumps |

Handwritten annotation: "missing" next to P1409

Asset List Page 4 of 9

ERM 000145

SCHEDULE 1.1
ASSETS

| | Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|---|
| | P2107 | Oct-04 | Hudson Pump | Pump - 3x4 - 13 3196MTX, CD4MCU | Pumps |
| | P3107 | Jan-05 | Hudson Pump | Pump | Pumps |
| missing | P2120 | Jan-05 | Hudson Pump | Pump | Pumps |
| | P6000 | Jun-05 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps |
| | P6001 | Jun-05 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps |
| | P6002 | Jun-05 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps |
| | P6003 | Jun-05 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps |
| | P6004 | Jun-05 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps |
| | ~~P6005~~ | ~~Jun-05~~ | ~~Burnett Electric Motor~~ | ~~Leeson G158362 3 HP motor~~ | ~~Pumps~~ |
| | P6006 | Jun-05 | Burnett Electric Motor | Leeson G121541 1 HP motor | Pumps |
| | P6007 | Jun-05 | Burnett Electric Motor | Leeson G121541 1 HP motor | Pumps |
| | P6008 | Jun-05 | Burnett Electric Motor | Leeson G121541 1 HP motor | Pumps |
| | P6009 | Jun-05 | Burnett Electric Motor | Leeson G850587 3 HP Motor | Pumps |
| | P6010 | Jun-05 | Burnett Electric Motor | Leeson G158140 10 HP Motor | Pumps |
| | P6011 | Jun-05 | Burnett Electric Motor | Leeson G121542 1.5 HP motor | Pumps |
| | P6012 | Jun-05 | Burnett Electric Motor | Leeson G121542 1.5 HP Motor | Pumps |
| | P6013 | Jun-05 | Burnett Electric Motor | Leeson G121542 1.5 HP Motor | Pumps |
| | P6014 | Jun-05 | Burnett Electric Motor | Leeson G121542 1.5 HP Motor | Pumps |
| | P6015 | Jun-05 | Burnett Electric Motor | Leeson G121542 1.5 HP Motor | Pumps |
| | P6016 | Jun-05 | Burnett Electric Motor | Leeson 114633 1.5 HP Motor | Pumps |
| | P6017 | Jun-05 | Burnett Electric Motor | Leeson 116191 3/4 HP Motor | Pumps |
| | P6018 | Jun-05 | Burnett Electric Motor | Leeson 111926 1 HP Motor | Pumps |
| | P6019 | Jun-05 | Burnett Electric Motor | Leeson 111926 1 HP Motor | Pumps |
| | P6020 | Jun-05 | Burnett Electric Motor | Leeson 116191 3/4 HP motor | Pumps |
| | P6021 | Jun-05 | Burnett Electric Motor | Leeson 116191 3/4 HP motor | Pumps |
| | P6022 | Jun-05 | Burnett Electric Motor | Baldor M7034T 1-1/2 HP Motor | Pumps |
| | P6023 | Jun-05 | Burnett Electric Motor | Baldor M7037T 2 HP Motor | Pumps |
| | P6024 | Jun-05 | Burnett Electric Motor | Leeson G158157 7.5 HP Motor | Pumps |
| | P6025 | Jul-05 | Hudson Pump | GP WE 0511 HH Pump | Pumps |
| | P6026 | Jul-05 | Hudson Pump | GP WE 0511 HH Pump | Pumps |
| | P6027 | Jul-05 | Hudson Pump | GP WE 0511 HH Pump | Pumps |
| | P6028 | Jul-05 | Burnett Electric Motor | Leeson 111926 1 HP Motor | Pumps |
| | P6029 | Jul-05 | Hudson Pump | AW Pump NTWH65 | Pumps |
| | P6030 | Jul-05 | Hudson Pump | MR Pump G73XNPM4NNN | Pumps |
| | ~~P6031~~ | ~~Aug-05~~ | ~~Hudson Pump~~ | ~~GP Pump 3196STX~~ | ~~Pumps~~ |
| | P6032 | Aug-05 | Hudson Pump | GP Pump 3196STX | Pumps |
| | P6033 | Sep-05 | Hudson Pump | | Pumps |
| | P6034 | Nov-05 | Hudson Pump | GP Pump 3196MTX | Pumps |
| | P6035 | Feb-06 | Hudson Pump | RP Pump 316SS | Pumps |
| | P6036 | Feb-06 | Hudson Pump | RP Pump 18AM32 | Pumps |
| | P6037 | Jun-06 | Hudson Pump | MA Pump with Motor | Pumps |
| | P6038 | Jun-06 | Hudson Pump | MA Pump with Motor | Pumps |
| | P6039 | Jun-06 | Hudson Pump | MA Pump with Motor | Pumps |
| | P6040 | Jun-06 | Hudson Pump | Hot Oil Pump | Pumps |
| | P6042 | Jun-06 | Rexel Consolidated | Vacuum Pump | Pumps |
| | P6043 | Jun-06 | Hudson Pump | GP Pump - Ester Dryer Booster Pump | Pumps |
| | P6044 | Jul-06 | Hudson Pump | RP Pump, Motor & Bedplate | Pumps |
| | P6045 | Aug-06 | Hudson Pump | Hot Oil Pump | Pumps |
| | P6046 | Nov-05 | Hudson Pump | Pump - P-002.1 | Pumps |
| | P6047 | Nov-05 | Hudson Pump | Pump - P-002.1 | Pumps |

Asset List Page 5 of 9

ERM 000146

## SCHEDULE 1.1
## ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| P6048 | Nov-05 | Hudson Pump | Pump - P-002.1 | Pumps |
| P6049 | Nov-05 | Hudson Pump | Pump - 18AM40 | Pumps |
| P6050 | Nov-06 | Hudson Pump | Pump Seals and Gaskets | Pumps |
| P6051 | Nov-06 | Hudson Pump | 15 HP Pump | Pumps |
| P6052 | Nov-06 | Hudson Pump | GP Pump 10 HP | Pumps |
| P6053 | Dec-06 | Hudson Pump | Pump Seals and Gaskets | Pumps |
| P6054 | Feb-07 | Hudson Pump | Pump Seal and Repair Kit | Pumps |
| P6055 | Feb-07 | Hudson Pump | Pump - 3196STX | Pumps |
| P6056 | Mar-07 | Hudson Pump | Pump - XL-130 (SN #04D0183) | Pumps |
| P6057 | May-07 | Hudson Pump | Repair Kit for Pump P1227 | Pumps |
| P6058 | Jun-07 | Hudson Pump | GP Pump - 1STFRMC2 S/N: E0764684 | Pumps |
| P6059 | Jun-07 | Hudson Pump | MS Pump - S/N: 07F-109910-1 | Pumps |
| P6060 | Jun-07 | Hudson Pump | Reboiler Pump - S/N: F0775689 | Pumps |
| P6061 | Jul-07 | Hudson Pump | AW Pump NTWH32-200 - S/N: 57026229 | Pumps |
| Lab 1000 | Sep-04 | | Moisture Analysis Meter | Lab |
| Lab 1002 | Oct-05 | | pH sample cooler | Lab |
| Lab1003 | Mar-06 | Fisher Scientific | Refrigerated Bath | Lab |
| Lab1004 | Jun-06 | Cosa Instr. | Sulfer Analyzer | Lab |
| Lab1005 | Aug-06 | Fisher Scientific | Fume Hood | Lab |
| Lab1006 | Nov-05 | Fisher Scientific | Lab Equipment - P-070 | Lab |
| Lab1007 | Nov-06 | Lawler | Heated Liquid Bath | Lab |
| Lab1008 | Nov-06 | Agilent | GC System - Serial #CN10645037 | Lab |
| Lab1009 | Nov-06 | Agilent | GC System - Serial #CN10645036 | Lab |
| Lab1010 | Nov-06 | Agilent | Autoinjector Module - Serial #CN64336446 | Lab |
| Lab1011 | Nov-06 | Agilent | Autosampler Tray Module - #CN64341576 | Lab |
| Lab1012 | Nov-06 | Agilent | GC ChemStation Software - #USK0054762 | Lab |
| Lab1013 | Nov-06 | Agilent | GC Instrument Control Software - #USK0055816 | Lab |
| Lab1014 | Jun-07 | Lancer | Glassware Washing Machine - S/N: 5X030990 | Lab |
| Lab1015 | Nov-07 | Fisher Scientific | Hot Plate | Lab |
| T1233 | Jan-04 | | Vacuum Receiver | Tanks |
| T1405 | Jan-04 | | Spent Cooking Oil Fatty Acid Settler | Tanks |
| T1406 | Jan-04 | | Grease Trap Oil/Water Settler | Tanks |
| T1407 | Jan-04 | | Grease Trap Material/Fatty Acid | Tanks |
| T1101 | Jan-04 | | Fuel Storage | Tanks |
| T1102 | Jan-04 | | Fuel Storage | Tanks |
| T1103 | Jan-04 | | Fuel Storage | Tanks |
| T1401 *(missing)* | Jan-04 | | Spent Cooking Oil Receiving #1 | Tanks |
| T1402 *(missing)* | Jan-04 | | Spent Cooking Oil Receiving #2 | Tanks |
| T1403 | Jan-04 | | Grease Trap Oil Receiving #1 | Tanks |
| T1404 | Jan-04 | | Grease Trap Oil Receiving #2 | Tanks |
| T1301 | Jan-04 | | Anhydrous Methanol Storage | Tanks |
| T1309 | Jan-04 | | Anhydrous Methanol Storage | Tanks |
| T1412 | Jan-04 | | Dried Oil Storage | Tanks |
| T1307 | Jan-04 | | 30% HCL Storage | Tanks |
| T1215 | Jan-04 | | Settler | Tanks |
| T1306 | Jan-04 | | 50% NAOH Storage | Tanks |
| T1305 | Jan-04 | | 98% Sulfuric Acid Storage | Tanks |
| T1212 *(missing)* | Jan-04 | | Batch Tank #1 | Tanks |

Asset List Page 6 of 9

## SCHEDULE 1.1
## ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| T1213 | Jan-04 | | Batch Tank #2 | Tanks |
| T1214 | Jan-04 | | Batch Tank #3 | Tanks |
| T1230 | Jan-04 | | A Stage Fatty Acid Salt Removal Settler #1 | Tanks |
| T1232 | Jan-04 | | A Stage Fatty Acid Salt Removal Settler #2 | Tanks |
| T1303 | Jan-04 | | Alcoholic Caustic Soda Prep | Tanks |
| T3102 | Jan-04 | | Thermal Heating Fluid Drain & Fill | Tanks |
| T1304 | Jan-04 | | Alcoholic Caustic Soda Feed | Tanks |
| T1206 | Jan-04 | | Stage I Methanol Recovery Evaporator | Tanks |
| T1219 | Jan-04 | | Stage II Methanol Recovery Evaporator | Tanks |
| T3101 | Jan-04 | | Thermal Heating Fluid Expansion | Tanks |
| T1228 | Jan-04 | | Fatty Acid Settler | Tanks |
| T1220 | Jan-04 | | Spillage Containment | Tanks |
| T1204 | Jan-04 | | Crystal Growth | Tanks |
| T1218 | Jan-04 | | A Stage Fatty Acid Secondary Settler | Tanks |
| T1217 | Jan-04 | | Methyl Esthers Feed Tank to Wash Column | Tanks |
| T1223 | Jan-04 | | Esters Coalescer Feed | Tanks |
| T1224 | Jan-04 | | Belt Filter Feed | Tanks |
| T1202 | Jan-04 | | A Stage Reactor | Tanks |
| T1203 | Jan-04 | | Flash Drum | Tanks |
| missing T1216 | Jan-04 | | Stage II Methanol Evaporator Feed | Tanks |
| T1227 | Jan-04 | | Fatty Acid Settler Feed | Tanks |
| missing T1205 | Jan-04 | | Glycerol Surge | Tanks |
| T1201 | Jan-04 | | A Stage Reactor Feed | Tanks |
| T1221 | Jan-04 | | Ester Fuel Caolescer Feed | Tanks |
| T1229 | Jan-04 | | Fatty Acid Surge | Tanks |
| T1210 | Jan-04 | | Refined Fatty Acid Surge | Tanks |
| T1231 | Jan-04 | | A Stage Fatty Acid Settler #2 Feed | Tanks |
| T1409 | Jan-04 | | Spent Cooking Oil Feed | Tanks |
| T1211 | Jan-04 | | A Stage Thermal Heating Fluid Expansion | Tanks |
| T1001 | Jan-04 | | Air Receiver | Tanks |
| T1208 | Jan-04 | | Recovered Methanol | Tanks |
| T1226 | Jan-04 | | Wash Water Surge | Tanks |
| T1410 | Jan-04 | | Wash Water Recycle | Tanks |
| T1411 | Jan-04 | | Fatty Acid Settler Feed | Tanks |
| T1209 | Jan-04 | | Fatty Acid Settler Feed | Tanks |
| T1225 | Jan-04 | | Glycerol Discharge Surge | Tanks |
| T1234 | Jan-04 | | Wash Water Caolescer Feed | Tanks |
| T1222 | Jan-04 | | Deionized Water Storage | Tanks |
| T1207 | Jan-04 | | Distillation Column | Tanks |
| T2101 | Jan-04 | | Crude storage tank | Tanks |
| T2122 | Jan-04 | | Unrefined Glycerol Storage | Tanks |
| T2114A | Jan-04 | | Glycerine Storage | Tanks |
| T2114B | Jan-04 | | Glycerine Storage | Tanks |
| T2114C | Jan-04 | | Glycerine Storage | Tanks |
| T2114D | Jan-04 | | Glycerine Storage | Tanks |
| T2107 | Jan-04 | | Gylcerol Evaporator | Tanks |
| T2117 | Jan-04 | | Water Stripper Evaporator | Tanks |
| T2111 | Jan-04 | | Glycerol Shift | Tanks |
| T2112 | Jan-04 | | Glycerol Shift | Tanks |
| T2113 | Jan-04 | | Glycerol Shift | Tanks |

ERM 000148

## SCHEDULE 1.1
## ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| T2108 | Jan-04 | | Glycerol bleaching #1 | Tanks |
| T2110 | Jan-04 | | Glycerol bleaching #2 | Tanks |
| T2102 | Jan-04 | | Centrifuge Feed tank | Tanks |
| T2103 | Jan-04 | | Evaporator Feed tank | Tanks |
| T2105 | Jan-04 | | Spillage containment tank | Tanks |
| T2116 | Jan-04 | | Water Stripper Evaporator Feed | Tanks |
| T2104 | Jan-04 | | Secondary expansion tank | Tanks |
| T2109 | Jan-04 | | Glycerol Filter Precoat | Tanks |
| ~~T2115~~ | ~~Jan-04~~ | | ~~Condensed Glycerol Vacuum~~ | ~~Tanks~~ |
| T1401U | Feb-04 | | repair coils in Tanks T1401/T1402/T1403/T1404 | Tanks |
| T1402U | Feb-04 | | repair coils in Tanks T1401/T1402/T1403/T1404 | Tanks |
| T1403U | Feb-04 | | repair coils in Tanks T1401/T1402/T1403/T1404 | Tanks |
| T1404U | Feb-04 | | repair coils in Tanks T1401/T1402/T1403/T1404 | Tanks |
| T4005 | Feb-04 | | Catwalk & Ladder between tanks T2101 & T2122 | Tanks |
| T4007 | Sep-05 | | 500 gallon tank | Tanks |
| T4008 | Sep-05 | | Walkway and stairs for glycerine tanks T2101 & T2122 | Tanks |
| T4009 | May-06 | | (2) 2500 Gallon Cone Bottom Polyethylene Tanks for CC Regen | Tanks |
| T4010 | Oct-05 | | Insulation on tanks and piping - P-022 | Tanks |
| A1201 | Feb-04 | | Reactor Feed Tank | Agitators |
| A1202 | Feb-04 | | Cystal Growth Tank | Agitators |
| A1204 | Feb-04 | | Belt Filter Feed Tank | Agitators |
| A1206 | Feb-04 | | Batch Tank #1 | Agitators |
| A1207 | Feb-04 | | Batch Tank #2 | Agitators |
| A1208 | Feb-04 | | Batch Tank #3 | Agitators |
| A1209 | Feb-04 | | Fatty Acid Settler Feed Tank | Agitators |
| A1210 | Feb-04 | | Glycerol Surge Tank | Agitators |
| A1215 | Feb-04 | | Stage II Methanol Evaporator Feed | Agitators |
| A1301 | Feb-04 | | Alcoholic Caustic Prep Tank | Agitators |
| A1401 | Feb-04 | | Spent Cooking Oil Tank | Agitators |
| A1402 | Feb-04 | | Spent Cooking Oil Tank | Agitators |
| A1403 | Feb-04 | | Grease Trap Oil Tank | Agitators |
| A1404 | Feb-04 | | Grease Trap Oil Tank | Agitators |
| A1405 | Feb-04 | | Caustic Wash Centrifuge Mix Tank | Agitators |
| A2101 | Feb-04 | | Glycerol Evaporator Feed Tank | Agitators |
| A2102 | Feb-04 | | Glycerol Filter Precoat Tank | Agitators |
| A2103 | Feb-04 | | Glycerol Bleaching Tank #2 | Agitators |
| A2104 | Feb-04 | | Water Stripper Evaporator Feed Tank | Agitators |
| A2105 | Feb-04 | | Centrifuge Feed Tank | Agitators |
| A2106 | Feb-04 | | Glycerol Bleaching Tank #1 | Agitators |
| C4000 | Jul-04 | | Computer system module | Computer |
| C4003 | Nov-04 | | Dell Optiplex GX280 (Blake) | Computer |
| C4004 | Jun-05 | | Dell Optiplex 170 L (Blake) B8VRP71 | Computer |
| C4005 | Jun-05 | | Dell Optiplex 170L (Vonda) 78VRP71 | Computer |
| C4006 | Jun-05 | | Dell Optiplex 170L (Roy) 88VRP71 | Computer |
| C4007 | Jun-05 | | Dell Optiplex 170L (Lab) 98VRP71 | Computer |

Asset List Page 8 of 9

ERM 000149

## SCHEDULE 1.1
## ASSETS

| Asset # | Date | Vendor | Description | Type |
|---|---|---|---|---|
| C4008 | Jun-05 | | Dell Optiplex 170L (Engineering) C8VRP71 | Computer |
| C4009 | Jun-05 | | Dell Optiplex 170L (Mitch) 58VRP71 | Computer |
| C4011 | Sep-05 | PMXpert Software | maintenance management software | Computer |
| C4012 | Sep-05 | Siemens | APACS Training Courses | Computer |
| C4013 | Nov-05 | Dell Services | Dell Optiplex 170L (Lucas) 2SRFN81 | Computer |
| C4014 | Jan-06 | Dell Services | Dell (Blake) | Computer |
| C4015 | Jan-07 | Staples | Auto CAD Printer | Computer |
| C4016 | Jan-07 | Dell Services | B. Markisello - E1505 Dual Core T5500 Laptop | Computer |
| C4017 | May-07 | Dell Services | K. Hamilton - Base Matrix Desktop Computer - 820,320 - #32BQLC1- with Flat Panel Monitor, Norton Sec., and Office 2007 | Computer |
| LI1007 | Jun-05 | Borrell Fire Systems | Control Panel & 5 pull systems | Leaseholds |
| LI1008 | Jun-05 | Wiginton Fire Systems | Fire sprinkler system | Leaseholds |
| E1001 | Feb-04 | | New Office Computer | Furniture and Fixtures |
| E1002 | Mar-04 | | Nextel Phones purchase | Furniture and Fixtures |
| E1004 | Jul-05 | WTEC | Internal Motorola Radios | Furniture and Fixtures |
| E1005 | Aug-05 | Rexel | Breaker for 3rd floor centrifuge | Furniture and Fixtures |
| E1006 | Dec-05 | Borrell | | Furniture and Fixtures |
| E1007 | May-07 | Lakeland Specialty Comm | 1 ICom Walkie-Talkies (ICF60-61 RC) with Nylon Cases w/clips, battery packs, & speaker mics | Furniture and Fixtures |
| E1008 | May-07 | Lakeland Specialty Comm | 1 ICom Walkie-Talkies (ICF60-61 RC) with Nylon Cases w/clips, battery packs, & speaker mics | Furniture and Fixtures |
| E1009 | May-07 | Lakeland Specialty Comm | 1 ICom Walkie-Talkies (ICF60-61 RC) with Nylon Cases w/clips, battery packs, & speaker mics | Furniture and Fixtures |
| E1010 | May-07 | Lakeland Specialty Comm | 1 ICom Walkie-Talkies (ICF60-61 RC) with Nylon Cases w/clips, battery packs, & speaker mics | Furniture and Fixtures |
| E1011 | Jul-07 | Lakeland Specialty Comm | 1 ICom Walkie-Talkies (ICF60-61 RC) with Nylon Cases w/clips, battery packs, & speaker mics | Furniture and Fixtures |
| E1012 | Jul-07 | Lakeland Specialty Comm | 1 ICom Walkie-Talkies (ICF60-61 RC) with Nylon Cases w/clips, battery packs, & speaker mics | Furniture and Fixtures |

ERM 000150