IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELBOW RIVER MARKETING ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:10-cv-628-T-30AEP |
| ) | |
| CLEAN FUEL LAKELAND, LLC, ) | |
| and LEE J. MAHER, ) | |
| ) | |
|     Defendants. ) | |
| _____/ | |

**ORDER DISSOLVING WRITS OF GARNISHMENT**

On this day the Court considered Plaintiff Elbow River Marketing Limited Partnership's Agreed Motion to Dissolve Writs of Garnishment (Dkt. No. 96). After considering the motion and the fact that it is agreed to by Defendants, the Court is of the view that the Motion should be GRANTED, and accordingly the Court hereby

ORDERS that the Writs of Garnishment entered on December 1, 2011, against Garnishees Branch Banking & Trust Company, CNLBancshares, Inc., HSBC Bank USA, N.A., Orange Bank of Florida, Fairwinds Credit Union, and Urban Trust Bank (Dkt. Nos. 59-64) are hereby dissolved, and the Garnishees are discharged from any further liability under the Writs of Garnishment. Except for payment by Plaintiff of the statutory fee to each Garnishee who filed an answer to the Writs (see Dkt. No. 58),

each party and each Garnishee shall bear its own costs, fees, and expenses in connection with the Writs.

**DONE and ORDERED** in Tampa, Florida on February 3, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record